1 | BALDWIN J. LEE (BAR NO. 187413)
ALLEN MATKINS LECK GAMBLE
2 |   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
3 | San Francisco, CA  94111-4074
Phone:  (415) 837-1515
4 | Fax:  (415) 837-1516
E-Mail:  blee@allenmatkins.com
5 |
Attorneys for Defendant
6 | ORACLE AMERICA, INC.

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | MATTHEW ANASTASI,                        Case No. 2:12-cv-02589-JAM-KJN

12 |                 Plaintiff,               **ORDER FOR BINDING ARBITRATION
                                              AND STAY OF ACTION**
13 |         vs.

14 | ORACLE AMERICA, INC., and unknown
business entity, and DOES 1 through 20,
15 | inclusive,

16 |                 Defendant.

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

LAW OFFICES
Jlen Matkins Leck Gamble
Mallory & Natsis LLP

863992.01/SF

Case No.  2:12-cv-02589-JAM-KJN
[PROPOSED] ORDER BINDING
ARBITRATION AND STAY OF ACTION

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT:

1.    The parties shall arbitrate any and all controversies arising out of or in connection with Plaintiff's employment, including the claims set forth in this Action, before JAMS pursuant to its Employment Arbitration Rules and Procedures.

2.    The matter shall be stayed pending binding arbitration.

3.    Within a reasonable time after a final award is granted or settlement is reached, any party shall advise this court of the outcome of the arbitration proceedings, or any settlement.

Dated:  11/1/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

LAW OFFICES
Jlen Matkins Leck Gamble
Mallory & Natsis LLP

863992.01/SF

-2-

Case No.  2:12-cv-02589-JAM-KJN
[PROPOSED] ORDER BINDING
ARBITRATION AND STAY OF ACTION