1  **SHELLEY G. BRYANT - #222925**
   **AMANDA B. WHITTEN - #251160**
2  **BRYANT WHITTEN, LLP**
   8050 North Palm Avenue, Suite 210
3  Fresno, California  93711
   (559) 494-4910 Telephone
4  (559) 421-0369 Facsimile

6  Attorney for Plaintiff, MATTHEW ANASTASI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MATTHEW ANASTASI | Case No. 2:12-CV-02589-JAM-KJN |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) - AND ORDER** |
| vs. | |
| ORACLE AMERICA, INC., an unknown business entity, and DOES 1 through 20, inclusive, | **Complaint Filed:  July 23, 2013** |
| Defendants. | |

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) – AND [PROPOSED] ORDER - Case No. 2:12-CV-02589-JAM-KJN**

1

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, MATTHEW ANASTASI, by and through his attorneys of record, and Defendant ORACLE AMERICA, INC., by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: January 13, 2014          BRYANT WHITTEN, LLP


/s/_____
SHELLEY G. BRYANT, Attorneys for Plaintiff,
MATTHEW ANASTASI


Dated: January 13, 2014          ALLEN MATKINS LECK GAMBLE MALLOR & NATSIS LLP


/s/_____
BALDWIN J. LEE, Attorneys for Defendants,
ORACLE AMERICA, INC.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

TO ALL PARTIES OF RECORD:

Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice per FRCP 41(A)(2)

IT IS SO ORDERED.

Dated: 1/13/2014          /s/ John A. Mendez_____
JUDGE OF THE UNITED STATES
DISTRICT COURT EASTERN DISTRICT

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) – AND [PROPOSED] ORDER - Case No. 2:12-CV-02589-JAM-KJN

2